*Cary D. Landis,* Attorney General, and *H. E. Carter,* Assistant Attorney General, for Appellee.

PER CURIAM.—This is a companion case to that of F. B. Palbicke v. J. M. Lee, as Comptroller, and the order appealed from should be affirmed upon authority of the opinion and judgment entered at this Term of the Court in that case.

So ordered.

Affirmed.

WHITFIELD, C. J., and ELLIS, BROWN and BUFORD, J. J., concur.

TERRELL and DAVIS, J. J., dissent.

D. LEE v. J. M. LEE, as State Comptroller.

172 So. 484.

Opinion Filed January 8, 1937.

Rehearing Denied March 26, 1937.

*Edwin Brobston,* for Appellant;

*Cary D. Landis,* Attorney General, and *H. E. Carter,* Assistant Attorney General, for Appellee.

PER CURIAM.—This is a companion case to that of F. B. Palbicke v. J. M. Lee, as Comptroller, and the order appealed from should be affirmed upon authority of the opinion and judgment entered at this Term of the Court in that case.

So ordered.

Affirmed.

WHITFIELD, C. J., and ELLIS, BROWN and BUFORD, J. J., concur.

TERRELL and DAVIS, J. J., dissent.